No. 11–6872.  GRISSOM v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 11–6873.  FORD v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–6947.  BALLIETTE v. WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 11–6962.  SINISCALCHI v. MACEACHERN, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT SHIRLEY. C. A. 1st Cir.  Certiorari denied.

No. 11–6984.  GILL v. VAUGHAN, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–7056.  BECKFORD v. MASSACHUSETTS.  App. Ct. Mass. Certiorari denied.

No. 11–7069.  TREJO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–7093.  LONG v. CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 11–7094.  MARTIN v. WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 11–7096.  SUTTON v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir.  Certiorari denied.

No. 11–7099.  THOMAS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–7104.  CARR v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

